USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/22/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Mohan Narain,

                    Plaintiff,

    -against-

Vielle Jewelers LLC and Andre Hahn,

                    Defendants.

1:19-cv-10133 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    It is hereby Ordered that, no later than Wednesday, May 27, 2020 the parties shall file a Joint Letter regarding the status of this action.

**SO ORDERED.**

DATED:    New York, New York
                May 22, 2020

_____
STEWART D. AARON
United States Magistrate Judge