**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   6/1/2020
```

Mohan Narain,

                                    Plaintiff,

            -against-

Vielle Jewelers LLC and Andre Hahn,

                                    Defendants.

**1:19-cv-10133 (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

This case contains claims under the Fair Labor Standards Act.  On May 21, 2020 an Order was issued on the parties' consent referring disposition of this matter to the undersigned pursuant to 28 U.S.C. § 636(c). (ECF No. 12.) On May 28, 2020 the parties filed a motion for settlement approval, attaching their proposed settlement agreement. (ECF No. 16.) Having reviewed the proposed settlement, the Court finds that it is fair and reasonable. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). The settlement is approved.

Accordingly, this action is dismissed with prejudice and without costs except as may be stated in the settlement agreement.  The Court will retain jurisdiction to enforce the settlement agreement.  The Clerk of Court is respectfully requested to close this case.

**SO ORDERED.**

DATED:      New York, New York
            June 1, 2020

_____
STEWART D. AARON
United States Magistrate Judge